

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2004

at ____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00061 DAE |
| Plaintiff, | SECOND SUPERSEDING INDICTMENT |
| vs. | [21 U.S.C. §846] |
| JAIME COLUMPIT AGTANG,<br>   also known as "Jun",   (01)<br>FELIPE RAGUINDEN DOMANGUERA,<br>   also known as "Phil", also<br>   known as "Barber",   (02)<br>DAN CORNELIUS CLARIDAD TAUYAN,<br>   also known as "Dan",   (03) | |
| Defendants. | |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

From a time unknown up through and including on or about January 22, 2004, in the District of Hawaii and elsewhere,

JAIME COLUMPIT AGTANG, also known as "Jun", not charged as a defendant herein; FELIPE RAGUINDEN DOMANGUERA, also known as "Phil", also known as "Barber"; and DAN CORNELIUS CLARIDAD TAUYAN, also known as "Dan", and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, approximately five pounds, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841 (b)(1)(A).

## OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. In or around January 2004, JAIME COLUMPIT AGTANG ("Agtang"), not a defendant herein, agreed to accept a Federal Express parcel containing controlled substances at his residence.

2. On or about January 22, 2004, Agtang accepted a Federal Express parcel at his residence located at 1214 Neal Avenue, Wahiawa, Hawaii.

3. On or about January 22, 2004, Agtang and Defendants FELIPE RAGUINDEN DOMANGUERA and DAN CORNELIUS CLARIDAD TAUYAN transported the Federal Express parcel from Wahiawa to Mililani, Hawaii.

4. On or about January 22, 2004, Defendant FELIPE RAGUINDEN DOMANGUERA transported the Federal Express parcel to his residence in Mililani, opened the Federal Express parcel and handled its contents.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

SENTENCING ALLEGATIONS

With respect to Count 1 of the Second Superseding Indictment with which Defendants DAN CORNELIUS CLARIDAD TAUYAN and FELIPE RAGUINDEN DOMANGUERA are charged:

On or about January 22, 2004, Defendants DAN CORNELIUS CLARIDAD TAUYAN and FELIPE RAGUINDEN DOMANGUERA did knowingly and intentionally conspire to distribute and possess with intent to

//
//
//
//
//
//
//
//
//
//
//

distribute, at least 1.5 kilograms of methamphetamine and less than 2.5 kilograms of methamphetamine, of at least 80% purity.

DATED: \_\_\_\_\_JUL 2 8 2004\_\_\_\_\_, 2004 at Honolulu, Hawaii

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

*[signature]*

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney