MICHAEL J. PARK 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Ph:(w) 536-4456 (c)291-2935

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00061 JMS (03) |
|---|---|---|
| Plaintiff | ) ) ) ) ) | DEFENDANT DAN CORNNELIUS CLARIDAD TAUYAN LETTERS OF SUPPORT |
| v. | ) | |
| DAN CORNNELIUS CLARIDAD TAUYAN, | ) ) ) | Sentencing: Monday, July 19, 2006 1:30 pm |
| Defendant. | ) ) ) ) | THE HONORABLE J. MICHAEL SEABRIGHT |

### DEFENDANT DAN CORNNELIUS CLARIDAD TAUYAN LETTERS OF SUPPORT

Attached are various letters of support for Defendant Dan Tauyan that Defendant requests the Honorable J. Michael Seabright to consider when sentencing Defendant.

DATED: Honolulu, Hawaii, July 6, 2006

_____
MICHAEL J. PARK
Attorney for Defendant

ORIGINAL




Kokua Care
#G220, 7192 Kalanianaole Hwy.
Honolulu, Hawaii  96825

Homewatch Caregivers
Telephone  (808) 396-9555
Facsimile  (808) 395-4756

4/21/05

To whom it may concern:

I am writing on behalf of Dan Claridad Tauyan, he has been employed with
Kokua Care for over a year. Dan is a great employee, this is a man that cares
For elderly in their homes. His dedication and caring ways have helped many
Stroke patients gain their mobility and strength, I have received many calls from
Family members praising Dan for his ability to get the elderly person to
Exercise and his ability to motivate them daily. I have always found him
Truthful and trustworthy, he is the kind of person that really cares about what
He is doing- he does such a good job. I find it hard to believe that Dan is
Having these problems, as a matter of fact I don't believe he would have
Knowingly gotten involved. Dan has a job with us for as long as he wants.
I am a great judge of character, I have been hiring caregivers for 20 years.
I work very closely with the caregivers I place in people's homes and I've
Seen Dan in many situations and he always handles all situations ethically
And truthfully.

Respectfully Yours,

Linda Himan
Linda Himan
Operations Manager

July 2, 2006

To whom it may concern,

My name is Socorro Tauyan and I am Dan Tauyan mother and guardian.
Time went by so fast since this incidence happened. It was really a hard and learning experience to all of us. To Dan it was an awakening experience. This time he realized that hanging out too much with friends was a very big mistakes. I heard him told his 12 years old daughter and his wife's son to choose their friends.

  The delayed in his sentencing gave him an opportunity to examine his previous attitude towards his friends, family and society. He became more responsible and matured.
He enjoyed his work and looking forward to be able to care for his patience longer.
I had seen how he regrets on what happened. He followed all the requirements that the probation office ask him to do. He had proven to most of us that he is not a bad person but a victim of friends.
His cooperation is not only for himself to get credit, but he wants to help to lessen the bad effect of drugs to society, to the growing kids and teenagers.
Your honor my son is employable. His caring nature and love for elders earned him a respect from his co-workers and patience. Please give him chance to continue working to help his patience and be able to support his family.


*[signature]*
Socorro C. Tauyan

7/02/06

Dear your Honor,

My name is Dailyn Tauyan I am 12 years old. And I am the daughter of Dan Tauyan.

I am writting this letter to you to tell what kind of man my dad is. He is a loving, caring, funny, and all the good things a father should be. I have seen alot of changes in my dad lately. He is inspired to go to work, also like to help in caring my younger brothers.

With all of this changes your Honor I believed that if you will give him a chance to prove that he is not really a bad guy. I'm hoping that we will have a father around to take care of us. Thank you very much.

Dailyn Tauyan

*Dailyn Tauyan*

July 2, 2006

To Whom It May Concern,

We, the undersigned, do hereby certify that Dan C. Tauyan is a responsible, trusted and caring person. On personal level, he is hard working, loving and have a great respect for elders especially the aged. We couldn't believe that Dan could do anything against the law.

He is a very good family man. He cares for his family very much especially his children. So please your honor, we request for your kind consideration.

Thank you very much.

Very truly yours,

Bruno Tauyan & Cecilia Tauyan

July 3, 2006

TO WHOM IT MAY CONCERN,

    MY NAME IS ELMER AGTINA. I AM DAN TAUYAN'S BROTHER-IN-LAW. I KNOW DAN FOR 5 YEARS. DAN TAUYAN AND I ARE GOOD BUDDIES. SOMETIMES HE WOULD COME AND VISIT US IN CALIFORNIA WITH HIS FAMILY AND HE BRINGS HIS FAMILY TO DISNEYLAND. AT THIS TIME WE ARE HERE ON VACATION TO VISIT DAN AND HIS FAMILY BECAUSE HE SAID HE WANTS TO SPEND TIME WITH US ALSO. DAN TAUYAN IS A VERY NICE GUY WHO WORKS HARD TO SUPPORT HIS KIDS. HE ENJOYS HIS KIDS. I WATCH HIM WITH HIS KIDS AND I SEE THAT HIS KIDS ARE HIS INSPERATION.

    PLEASE YOUR HONOR, GIVE DAN ANOTHER CHANCE. I BELIEVE THAT HE HAS CHANGED ALOT.

SINCERELY
*Elmer Q. Agtina*

ELMER Q. AGTINA

July 3, 2006

To whom it may concern,

    I am writing this letter on behalf of my brother-in-law Dan Tauyan. My name is Grace Agtina. Dan and my sister Melveen had been married for 2 years. Dan is very kind and understanding. When I watch him he is always with his kids especially his 2 boys. He enjoys spending time with his family and going out at parks. He also has a step son and a step daughter and treats them as his own.

    I think that Dan Tauyan deserves a second chance because he has kids to support. He works hard everyday for the needs of all his children. Dan is one of my favorite brother-in-law. I can ask him for anything and he's always there to help me out.

    All I'm asking is to please think about giving him another chance for the kids. They need their daddy. The 2 boys are daddy's little ones.

    Thank you very much for your kindness.

Sincerely,

*Grace Agtina*

Grace Agtina

July 3, 2006

Dear your honor,

My name is Sharon Pagaral and I am the sister-in-law of Dan Tauyan. Dan has been a good to my sister since their first year of high school for as long as I know Dan, and so far I think Dan was & always a good, fair, loving guy to be with. He is a reliable, trusting person. We may have a bad over yrs & thinks that in times when he is needed, we can always count on him to be there for us (our family)

He is also a great uncle and father. I have 2 children who Dan always takes care of which their in my hands and when I'm at work or even when I'm out of town. He enjoys being around the children and he enjoys spoiling all of them. A lot of times, he also included me. He also enjoys taking them out. He loves my children and treats them as his own.

So you see, Dan is a great guy. A wonderful father and a devoted husband to my sister. He is always needed at home for his 5 children and my 2. So asking you, your honor, to please give my brother in law, Dan Tauyan a second chance in life. He has proven to me & our family to be a completely change man. And I say that with pride because he has turned his life around (360°).

Thank you for your consideration and thank you for taking time to read this letter.

Sincerely,
Sharon Pagaral

July 3, 2006

Dear your honor,

I would like to introduce myself as the wife of Dan Cornelius Claridad Tauyan. My name is Melveen Bagasol Tauyan and I've known Dan for over 13 years. We were best friends in high school and I've never known him to tell a lie. He has always shown others and myself respect and compasion. He also tries to be the best father of his daughter, our two son's and two of his step children of myself.

Please your honor, give my husband a second chance. He has been working hard for his family especially with another baby coming up. I'm about 2 months pregnant and it will be hard for me to raise six kids. On his days off from work he brings the family to watch a movie, or to take us all out as a family at the park. He also provides our kids with the things they need or want. Lately our family has been spending time together in a pool that my husband bought for all his kids to enjoy. The kids love there father so much that sometimes our two youngest boys would cry if Dan would leave for work.

I just want to let you know that I am greatful for all the things my husband do for us. Without him I know I would have a hard time making it through. So please your honor, for my kids sake give my husband a second chance. His kids really need their father.

Sincerely,
[signature]
MELVEEN TAUYAN

JUNE 29, 2006

YOUR HONOR,

    I'm writting this letter as Dan's father just to inform you that the changes in him as a person and as a family man have made me believe in him that he has changed, realized the value of life.

    Sometimes, something bad have to happen to make a person completely turn around for the better and I firmly feel that Dan have shown & realize and assured me and my family and friends that he has changed and I can attest to that by his attitude toward his young family especially his children and have become responsible in a lot of ways in his job.

    I beg of you as a father to give Dan a second chance to prove himself to society, to his family.

Dan's father,
Ernest Tauyan
ERNESTO I. TAUYAN

April 20, 2005

To whom it may concern;

Dan C. Tauyan is a employee. He is a responsible and good worker. It will be unfortunate not to have Dan on my

nursing staff because of the difficulty in finding caring and trustworthy people. His experience in the Marines as a

medical corpsman was a great asset. He had more knowledge than a certified nurse's aide. His positive demeanor and

compassion made working with him a pleasure. He is very helpful on household projects because of his carpentry skills.

I hope to always have him as an employee.


Sincerely,

Michael D.H. Chung

X (Mark of Michael D. H. Chung)

April 22, 2005

To Whom It May Concern:

This letter is in regards to the character of Dan C. Tauyan. Dan is one of our Certified Nurse Aide/Caregivers. He has been a dedicated and motivated caregiver with Kokua Care, since May 2004. We have used Dan to work with many of our homecare clients in their home. I have found Dan to be trustworthy, respectful, diligent, and caring for all his clients, and their families. On a personal level, Dan has been honest, respectful, and responsible—for his family and for his work duties. He has been vital to the care and well-being of his clients, and has an excellent work-ethic.

Dan is presently working for Kokua Care, and should his employment be interrupted, we would definitely use Dan in the future.

Sincerely,

Hope Villa
Operations Coordinator
Kokua Care Homewatch

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document will be served on the following party by U.S. mail, or personal delivery on the date of filling:

Beverly Wee Sameshima
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Attorney for Plaintiff


Pretrial Services Officer
PJKK Federal Building
300 Ala Moana Blvd., Room 7310
Honolulu, Hawaii 96850


DATED: Honolulu, Hawaii, July 6, 2006.

_____
MICHAEL J. PARK