MICHAEL J. PARK 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Ph:(w) 536-4456 (c)291-2935

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 3 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00061 JMS (03) |
| | ) | |
| Plaintiff | ) | DEFENDANT DAN CORNNELIUS CLARIDAD TAUYAN LETTERS OF SUPPORT |
| v. | ) | |
| DAN CORNNELIUS CLARIDAD TAUYAN, | ) | Sentencing: Monday, July 17, 2006 1:30 pm |
| | ) | |
| Defendant. | ) | THE HONORABLE J. MICHAEL SEABRIGHT |

<u>DEFENDANT DAN CORNNELIUS CLARIDAD TAUYAN
SECOND LETTERS OF SUPPORT</u>

Attached are various letters of support for Defendant Dan Tauyan that Defendant requests the Honorable J. Michael Seabright to consider when sentencing Defendant.

DATED: Honolulu, Hawaii, July 13, 2006

_____
MICHAEL J. PARK
Attorney for Defendant

ORIGINAL

FROM: Bruno & Cecilia Tauyan                              April 15, 2005

SUBJECT: Character Reference

TO: To Whom It May Concern

Dan C. Tauyan is my grandson. He lived with me when he was attending Campbell High School.

Dan is honest, a loving father, and a caring father. In addition, he is a hard working person who deserves to be given another chance in order for him to support his family.

My telephone number is (808) 689-5381. Thank you for your support and full consideration.


*Bruno Tauyan*
BRUNO TAUYAN

*Cecilia Tauyan*
CECILIA TAUYAN

April 20, 2005

To whom it may concern;

Dan C. Tauyan is a fellow employee. He is a courteous and respectful person, which makes it easy to work with him.

The work schedule is less difficult because he takes care of his responsibilities and is able to help the other nurses. To have to

adjust to another nurse will be difficult because Dan is one of the best fellow nurses we have worked with. We hope to

continue to work with him.

Sincerely,

Marilou Nakagawa

Evelyn Ardon

Mikie Hata

FROM: Jaime and Virginia Tauyan April 13, 2005

SUBJECT: Character Reference

TO: To Whom It May Concern

We have known Dan C. Tauyan since birth. We normally visit them every two years and we always communicate with him by phone all the time.

We have known Dan to be intelligent, responsible, and a loving father. Given the chance he wants to further his education, which he is currently pursuing at this time. If you have questions, please feel free to call us at (402) 697-7704.

*[signature]*
JAIME TAUYAN

*[signature]*
VIRGINIA TAUYAN

FROM: LUZ P. I. VELARDEZ   April 12, 2005
2010 Glenwood Avenue
Papillion, NE 68046

SUBJECT: Character Reference

TO: To Whom It May Concern

Dan C. Tauyan is my nephew and I have known him since birth.

Without reservations, I know Dan is honest and a responsible person. He has proven himself to be responsible by taking care of his family consisting of his wife and three children without assistance. As a hard working person, he has held several jobs such as a counter clerk and presently working as a Certified Nursing Assistant at Kokua Care.

Please feel free to call me at (402) 292-6110 and I hope for your full consideration.

*[signature]*
LUZ P. I. VELARDEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document will be served on the following party by U.S. mail, or personal delivery on the date of filling:

**Beverly Wee Sameshima**

**Assistant U.S. Attorney**
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Attorney for Plaintiff

**Anne M. Shimokawa**

**U.S. Probation Officer**
PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, July 13, 2006.

MICHAEL J. PARK