# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00061JMS |
| CASE NAME: | USA vs. (03) DAN CORNELIUS CLARIDAD TAUYAN, aka "Dan" |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | (03) Michael J. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 07/17/2006 | TIME: | 1:39-2:25 |

COURT ACTION:  EP: Motion to Continue Sentencing Date - Defendant(03) Dan Cornelius Claridad Tauyan present, not in custody.  Motion Denied and terminated.

Government's Motion For Downward Departure and Sentencing Recommendation as to Defendant Dan Tauyan (03) - Motion Granted and terminated.

Sentencing as to Count I of the Second Superseding Indictment:

Allocution by Defendant.  Sentencing recommendations heard.

SENTENCE:

Imprisonment: 48 Months.

Supervised Release: 4 years under the following conditions:

1)    That the defendant shall abide by the standard conditions of supervision.

2)    That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3)    That the defendant not possess illegal controlled substances (mandatory condition)

4)   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than **15** valid drug tests per month during the terms of supervision (mandatory condition).

5)   That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6)   That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7)   That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment. **Court recommends 500 hours drug treatment.**

8)   That the defendant provide the Probation Office access to any requested financial information.

9)   That the defendant is prohibited from the possession and use of alcohol.

Fine: None.
Restitution: None.
Special Assessment: $100.00

Defendant's Oral Motion for Self Surrender Granted.

Mittimus: September 15, 2006 at 10:00 a.m. (Hawaii time) at facility designated by BOP.

Court recommends that defendant be afforded educational opportunities while incarcerated.

Defendant advised of his right to appeal the Court's Judgment.

Submitted by: Warren N. Nakamura, Courtroom Manager