AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:      1:04CR00061                                         Judgment - Page 2 of 6
DEFENDANT:        DAN CORNELIUS CLARIDAD TAUYAN, aka "Dan"

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 Months.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     Defendant be afforded educational opportunities
     500-Hour Drug Treatment Program.

     FILED IN THE
     UNITED STATES DISTRICT COURT
     DISTRICT OF HAWAII

[ ]  The defendant is remanded to the custody of the United States Marshal.

     JAN 0 8 2007

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

     at 4 o'clock and 15 min. PM
     SUE BEITIA, CLERK

[✔]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [✔] before 10:00 a.m. local time on 9/15/2006.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  11-28-06  to  FPC, Sheridan

at  Sheridan, Oregon  , with a certified copy of this judgment.

                                             Charles A. Daniels, Warden
                                             UNITED STATES MARSHAL

                                        By   Dave K Potter, LTE
                                             Deputy U.S. Marshal