)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)   REGULAR SYSTEM
)

AFTER RECORDATION, RETURN BY MAIL ( ) PICK-UP (X)

MICHAEL J. PARK, Esq.                    (808) 536-4456
733 Bishop Street Suite 2302
Honolulu, Hawaii 96813

| | | |
|---|---|---|
| Tax Map Key: | 7-5-3-63 | THIS DOCUMENT CONTAINS 2 PAGES |
| Property Address: | 1558 California Avenue<br>Wahiawa, Hawai'i 96786 | |

## RELEASE OF MORTGAGE

WHEREAS THE INDEBTEDNESS SECURED BY THE mortgage described below has been fully satisfied and discharged and holder of the debt does hereby release and discharge the mortgage.

Mortgage Recorded:
   as Regular System Document No. _____2004-051768_____
   On_____March 12_____, 2004, Bureau of Conveyances, State of Hawaii.

Original Mortgagee:
   Sue Beita, Clerk United States District Court, District of Hawaii.

Original Mortgagors:
   ERNESTO IBARRA TAUYAN and SOCORRO CLARIDAD TAUYAN,
   husband and wife.

Date of Mortgage:
   March 12, 2004.

NOW THEREFORE, the Bureau of Conveyances, State of Hawaii, is hereby instructed to record this instrument and to cancel, release, and discharge the mortgage in accordance with the regulations of the State of Hawaii.

_____
Sue Beita Clerk
United States District Court, District of Hawai.

STATE OF HAWAII              )
                             )    S.S
CITY AND COUNTY OF HONOLULU  )

On January 11, 2007 before me appeared Sue Beita, Clerk United States District Court, District of Hawaii., to me personally known who, being by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the free act and deed of such person., and acknowledged he is the Clerk of the United States District Court, District of Hawaii, and that he is authorized to execute the foregoing instrument.

_____
Notary Public Eileen Chun Fa Koilu

My commission expires: 3-20-2008